IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00446-WYD-CBS

CATTLEMAN'S CHOICE LOOMIX, LLC,
a Colorado Limited Liability Company,

       Plaintiff,

v.

CHRISTIAN N. HEIM, an individual;
ALEX D. HEIM, an individual;
HEIM LOOMIX, LLC, a/k/a HEIM FEEDS, LLC, a South Dakota Limited Liability Company;
IDEAL LOOMIX, LLC, a/k/a IDEAL FEEDS, LLC, a South Dakota Limited Liability Company; and
MIDWEST LIQUID FEEDS, LLC, a South Dakota Limited Liability Company,

       Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       THIS MATTER IS before the court on the parties' Stipulated Motion to Abate Deadlines Pending Resolution of Plaintiff's Motion to Remand Action to State Court (*doc # 12*) filed April 1, 2011.  IT IS HEREBY ORDERED that the instant motion is GRANTED.  All pending deadlines, **other than** those relating to briefing on Plaintiff's Motion to Remand to State Court (*doc # 11*), are hereby STAYED until further order of the court.  The Scheduling Conference currently set for April 13, 2011 is hereby VACATED.

       IT IS FURTHER ORDERED that the court shall hold a status conference in this action on **June 20, 2011 at 9:15 a.m.** (**Mountain Time**) in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**      April 4, 2011