IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00446-WYD-CBS

CATTLEMAN'S CHOICE LOOMIX, LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

CHRISTIAN N. HEIM, an individual;
ALEX D. HEIM, an individual;
HEIM LOOMIX, LLC, a/k/a HEIM FEEDS, LLC, a South Dakota Limited Liability Company;
IDEAL LOOMIX, LLC, a/k/a IDEAL FEEDS, LLC, a South Dakota Limited Liability Company; and
MIDWEST LIQUID FEEDS, LLC, a South Dakota Limited Liability Company,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion for leave to File Surreply, filed May 6, 2011 [ECF No. 17], is **GRANTED**.  Defendants may file the Surreply attached to the motion.

    Dated:  May 9, 2011.